Form 3A
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re  GARY S. HEFLIN                                             ,    Case No. 06 B 00717
                        Debtor                                        Chapter 13

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2. I am unable to pay the Filing Fee except in installments.

3. Until the filing fee is paid in full, I will not make any payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   | $ | Amount | When | Date |
   |---|---|---|---|
   | $ | 68.50 | Check one ☑ With the filing of the petition, or ☐ On or before | |
   | $ | 68.50 | on or before | 07/19/2006 |
   | $ | 68.50 | on or before | 08/19/2006 |
   | $ | 68.50 | on or before | 09/19/2006 |

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay an installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  6/19/06            _____  6-19-06
Patience R. Clark                               GARY S. HEFLIN
Signature of Attorney       Date                Signature of Debtor           Date
                                                (In a joint case, both spouses must sign.)

**Patience R. Clark, 6282669**
Name of Attorney