```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 07139
   GARY S HEFLIN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2632


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/19/2006 and was confirmed 08/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         9924.93          .00        447.43
NATIONAL CAPITAL MGMT LL  UNSECURED          886.59          .00         39.97
B-REAL LLC                UNSECURED         6147.99          .00        277.16
AMERICAN EXPRESS TRAVEL   UNSECURED         2896.60          .00        130.58
CAPITAL ONE               UNSECURED         3814.54          .00        171.96
CAPITAL ONE               UNSECURED         4041.26          .00        182.19
AMERICAN EXPRESS CENTURI  UNSECURED         5530.63          .00        249.33
AMERICAN EXPRESS CENTURI  UNSECURED         5453.06          .00        245.84
FIRST NATIONAL BANK OF O  UNSECURED        12621.76          .00        569.01
CARMAX AUTO FINANCE       UNSECURED        NOT FILED         .00           .00
NATIONAL CREDIT SYSTEMS   UNSECURED         1924.61          .00         86.76
ECAST SETTLEMENT CORP     UNSECURED        10603.59          .00        478.03
CARMAX AUTO FINANCE       SECURED VEHIC     3776.18       519.20       2392.31
HARLEY DAVIDSON CREDIT    SECURED VEHIC    11357.00      1762.62       5009.79
QUAKER OATS CREDIT UNION  SECURED VEHIC    11519.03      1791.92       5036.43
QUAKER OATS CREDIT UNION  NOTICE ONLY      NOT FILED         .00           .00
QUAKER OATS CREDIT UNION  NOTICE ONLY      NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY           152.08          .00        152.08
ACTIVE CREDIT SERVICE     UNSECURED        NOT FILED         .00           .00
AMERICAN EXPRESS BANK     NOTICE ONLY      NOT FILED         .00           .00
AMERICAN EXPRESS BANK     NOTICE ONLY      NOT FILED         .00           .00
AMERICAN EXPRESS BANK     NOTICE ONLY      NOT FILED         .00           .00
BANK OF AMERICA NA        UNSECURED        NOT FILED         .00           .00
CAPITAL ONE               NOTICE ONLY      NOT FILED         .00           .00
CARDIOVASCULAR CONSULTAN  UNSECURED        NOT FILED         .00           .00
CARDIOVASCULAR CONSULTAN  UNSECURED        NOT FILED         .00           .00
B-REAL LLC                NOTICE ONLY      NOT FILED         .00           .00
COLUMBIA HOUSE            UNSECURED        NOT FILED         .00           .00
DISCOVER FINANCIAL SERVI  NOTICE ONLY      NOT FILED         .00           .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED         .00           .00
FIRST NATIONAL BANK OF M  NOTICE ONLY      NOT FILED         .00           .00
LITLE CO OF MARY HOSPITA  UNSECURED         1145.42          .00         51.63

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07139 GARY S HEFLIN
```

```
MBNA AMERICA              UNSECURED      NOT FILED              .00             .00
ECAST SETTLEMENT CORP     NOTICE ONLY    NOT FILED              .00             .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED              .00             .00
DUPAGE RADIOLOGISTS       UNSECURED      NOT FILED              .00             .00
SUMMERLAKE VILLAGE APT    UNSECURED      NOT FILED              .00             .00
HARLEY DAVIDSON CREDIT    UNSECURED       1059.11               .00           47.74
BROOKINS & WILSON         DEBTOR ATTY    3,000.00                          3,000.00
TOM VAUGHN                TRUSTEE                                          1,662.02
DEBTOR REFUND             REFUND                                             300.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   24,604.00

PRIORITY                                              152.08
SECURED                                            12,438.53
    INTEREST                                        4,073.74
UNSECURED                                           2,977.63
ADMINISTRATIVE                                      3,000.00
TRUSTEE COMPENSATION                                1,662.02
DEBTOR REFUND                                         300.00
                         ---------------     ---------------
TOTALS                    24,604.00                24,604.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/10/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
            CASE NO. 06 B 07139 GARY S HEFLIN